United States District Court
Southern District of Texas
**ENTERED**
June 04, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| MEHBOOB ALI, | § | |
| | § | |
| Petitioner, | § | |
| v. | § | CIVIL ACTION NO. H-26-3055 |
| | § | |
| MARTIN FRINK, *et al.*, | § | |
| | § | |
| Respondents. | § | |

**DISMISSAL ORDER**

The petitioner, Mehboob Ali, has filed a motion to dismiss this action as moot because he has been sent back to Pakistan and is no longer in custody. (Docket Entry No. 8). The court grants the motion. This action is dismissed, without prejudice, as moot.

SIGNED on June 4, 2026, at Houston, Texas.

_____
Lee H. Rosenthal
Senior United States District Judge